UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JOHN HOUSTON MCCLELLAN § | |
| § | |
| vs. § | NO: MO:22-CV-00134-DC |
| § | |
| MIKE GRIFFIS, FNU SOTO, FNU MIADES § | |

## FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's case, for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Defendant's construed Motion for Summary Judgment is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**, any pending state law claims, however, are **DISMISSED WITHOUT PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED.**

**SIGNED** this 31st day of October, 2022.

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**